UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. CR-09-2075-EFS-1 |
|---|---|
| Plaintiff, | CR-09-2075-EFS-2 |
| v. | |
| LANCE FRANK (1) and JOHNATHON FRANK (2), | **ORDER DENYING MOTION TO RECONSIDER OR STAY ORDER OF MARCH 10, 2010** |
| Defendants. | |

Before the Court, without oral argument, is the Executive Branch's Motion to Reconsider or Stay Order of March 10, 2010 (Ct. Rec. 130), which asks the Court to 1) reconsider its Amended Order Denying the Government's Motion to Compel DNA Samples (Ct. Rec 119) on the grounds that the Court improperly considered the presumption of innocence it its analysis or 2), alternatively, stay the Order pending resolution of *United States v. Pool*, 645 F. Supp. 2d 903 (E. D. Cal. 2009) (magistrate judge order), 2009 WL 2152029 (E.D. Cal. July 15, 2009) (district judge order). After reviewing the motion, the Court's prior Order, and relevant legal authority, the Court abides by its initial decision. Accordingly, **IT IS HEREBY ORDERED:**

ORDER ~ 1

the Executive Branch's Motion to Reconsider or Stay Order of March 10, 2010 **(Ct. Rec. 130)** is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this __1st__ day of April 2010.


                                        s/ Edward F. Shea
                                         EDWARD F. SHEA
                               United States District Judge

Q:\Criminal\2009\2075.denyreconsid.wpd

ORDER ~ 2