PROB 12C
(7/93)

Report Date: November 20, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathon Frank | Case Number: 0980 2:09CR02075-EFS-2 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: February 19, 2015

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation, Assault Resulting in Serious Injury and Aiding and Abetting, 18 U.S.C. §§ 1153 and 113 (a)(6) and 2 | |
| Original Sentence: | Prison - 70 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: October 27, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 26, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |
| | **Supporting Evidence**: Mr. Frank violated his term of supervised release by being unsuccessfully discharged from the Spokane Residential Reentry Center (RRC) on November 20, 2015, due to alleged drug use and staff concerns. |
| 2 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Frank violated his term of supervised release by submitting a urine sample on November 11, 2015, at the Spokane Residential Reentry Center (RRC) which tested presumptive positive for marijuana. The sample was sent to the lab for confirmation testing. On November 18, 2015, the Spokane RRC received the lab report which confirmed that the sample was positive for marijuana. |

Prob12C
**Re: Frank, Johnathon**
**November 20, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/20/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

November 23, 2015

Date