Case 2:09-cr-02075-EFS   Document 354   Filed 12/23/16

PROB 12C
(6/16)

Report Date: December 22, 2016

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnathon Frank | Case Number: 0980 2:09CR02075-EFS-2 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 17, 2011

Original Offense: Crime on Indian Reservation-Assault Resulting in Serious Injury and Aiding and Abetting, 18 U.S.C. §§ 1153, 113(a)(6) and 2

Original Sentence: Prison - 70 months          Type of Supervision: Supervised Release
TSR - 36 months

Revocation Judgment    Prison- 6 months
April 19, 2016         TSR- 30 months

Asst. U.S. Attorney:   James A. Goeke          Date Supervision Commenced: August 23, 2016

Defense Attorney:      Federal Defenders Office   Date Supervision Expires: February 22, 2019

## PETITIONING THE COURT

        To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2016 and 09/21/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Seattle Police Department report GO# 2016-440659, states that on December 7, 2016, the offender was arrested on the outstanding warrant and additionally charged with Domestic Violence Assault, in violation of RCW 12A.06.010. |

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: Seattle Police Department report GO# 2016-440659, states that on December 7, 2016, the offender was arrested on the outstanding warrant and additionally |

charged with Domestic Violence Assault, in violation of RCW 12A.06.010. The arrest incident occurred in Seattle, Washington. The offender did not have permission to leave the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 22, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

December 23, 2016

Date