PROB 12C
(6/16)

Report Date: September 21, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Johnathon Frank          Case Number: 0980 2:09CR02075-EFS-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 17, 2011

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation-Assault Resulting in Serious Injury and Aiding and Abetting, 18 U.S.C. §§ 1153, 113(a)(6) and 2 |

| | | |
|---|---|---|
| Original Sentence: | Prison - 70 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Judgment<br>April 19, 2016: | Prison- 6 months<br>TSR- 30 months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: August 23, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 22, 2019 |

## PETITIONING THE COURT

**TO ISSUE A WARRANT and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/15/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court and probation officer.<br><br>**Supporting Evidence**: On September 14, 2016, the offender reported to the United States Probation Office following an unsuccessful discharge at the Spokane Residential Reentry Center (RRC) earlier that same day. The offender was directed to report back to the probation office in person on September 15, 2016, at 8:00 a.m. and was provided with an appointment card. The offender failed to report to the probation office on September 15, 2016, as directed. On September 20, 2016, an attempt to contact the offender at the cell phone number he provided was unsuccessful, as the individual that answered advised it was the wrong number. |

Prob12C
**Re: Frank, Johnathon**
**September 21, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 21, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 21, 2016

Date